UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ERIC TURNER,                                                                                              Plaintiff,

v.                                                                                   Civil Action No. 3:16-cv-348-DJH-DW

FRANKLIN COLLECTION SERVICE, INC.,
et al.,                                                                                                Defendants.

\* \* \* \* \*

### ORDER

Plaintiff Eric Turner and Defendant Trans Union, LLC have filed a stipulation of dismissal with prejudice as to Turner's claims against Trans Union in this matter. (Docket No. 26) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)     Turner's claims against Trans Union are **DISMISSED** with prejudice. The Clerk of Court is **DIRECTED** to terminate Trans Union, LLC as a defendant in the record of this matter.

(2)     All claims having been resolved, this action is **DISMISSED** with prejudice and **STRICKEN** from the Court's docket.

February 17, 2017

                                                                        **David J. Hale, Judge**
                                                                        **United States District Court**